John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 800025

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61660 | 007-0 | EUGENE MICHAEL PEEPLES III<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA 23285- | xxxxxxxxxxxx9860 | 688.57 | 12.98 | 0.00 | 12.98 |
| 04-62400 | 002-0 | ROBERT KEITH HARVEY<br>Original Check written to:<br>ASSOCIATES HOUSING FINANCE<br>P O BOX 9840<br>MARYVILLE, TN 37802 | xxxxxx6047 | 0.00 | 723.81 | 0.00 | 723.81 |
| 04-62400 | 009-0 | ROBERT KEITH HARVEY<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA 94524-0010 | x8 86 | 917.16 | 21.67 | 0.00 | 21.67 |
| 04-62451 | 001-0 | HOPE C RAMOS<br>Original Check written to:<br>JEFFREY T SHELTON D.D.S.<br>108 CARMON CT.<br>WHITE OAK, TX 75693 | xxxxxxx0744 | 836.71 | 150.49 | 0.00 | 150.49 |
| 04-62451 | 003-0 | HOPE C RAMOS<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | xx0375 | 0.00 | 161.92 | 0.00 | 161.92 |
| 04-62486 | 012-0 | CURTIS W CORLEY<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA 23285- | xxxxxxxxxxxx6797 | 45.03 | 171.09 | 0.00 | 171.09 |
| 04-62486 | 013-0 | CURTIS W CORLEY<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA 23285- | xxxxxxxxxxxx1334 | 93.45 | 355.06 | 0.00 | 355.06 |